124 F.3d 1026w
 97 Cal. Daily Op. Serv. 6963, 97 Daily Journal
D.A.R. 11,255
UNITED STATES of America, Plaintiff-Appellant,
v.
Robert S. ELY, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellee,
v.
Robert S. ELY, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Ralph E. WHITMORE, Jr., Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellant,
v.
Ralph E. WHITMORE, Jr., Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellee,
v.
William S. SWAIN, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
H. Derrell SMITH, Defendant-Appellant.
 Nos. 96-30070, 96-30072, 96-30073, 96-30130, 96-30074, 96-30075.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted July 17, 1997.
Decided Aug. 28, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION